

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00020-CV

## IN THE INTEREST OF A.L.M.-F., A.M., J.A.-F., N.A.-F., AND E.A.-F., CHILDREN

**From the 74th District Court**
**McLennan County, Texas**
**Trial Court No. 2015-3287-3**

## O R D E R

The State's brief in this appeal of a trial court's termination of parental rights order was due April 18, 2017.  By motion filed on April 13, 2017, the State requests an additional 21 days to prepare its brief because the State has been working on "other matters," mentioning briefs recently filed in appeals in criminal cases.

Appeals in termination of parental right cases are accelerated and should be brought to a final disposition by this Court within 180 days from the date the notice of appeal is filed.  *See* TEX. R. APP. P. 28.4(a)(1); TEX. R. JUD. ADMIN. 6.2(a).  Thus, briefs, including the State's, in termination of parental rights appeals should be given priority over "other matters."

Accordingly, the State's motion for an extension of time to file its brief is denied.

The State's brief is due May 8, 2017.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed April 26, 2017
Publish

